UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                            Plaintiff,<br>    v.<br>MORRIE TOBIN, MILAN PATEL, MATTHEW LEDVINA, DANIEL LACHER, BRIAN QUINN, AND DAVID SKRILOFF,<br>                            Defendants | Civil Action No. 18-cv-12451-NMG |

**ASSENTED-TO MOTION TO ENTER FINAL JUDGMENTS**

Plaintiff Securities and Exchange Commission (the "Commission") and defendants Morrie Tobin, Milan Patel, and Matthew Ledvina have agreed to proposed settlement terms in this matter and each has executed a consent to final judgment without admitting or denying the allegations of the amended complaint. Following the process for review and approval of proposed settlement terms by the Commission, the Commission now submits those proposed terms to the Court and respectfully requests entry of final judgments against Tobin, Patel, and Ledvina pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. The executed consents and proposed final judgments are attached hereto as Exhibits A through F, respectively. Counsel for defendants Tobin, Patel, Ledvina, Quinn, and Skrilloff assent to the motion.[1]

The proposed final judgments against Tobin, Patel, and Ledvina each include:

1. a permanent injunction from violating Sections 5(a), 5(c), and 17(a)(1) and (3) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §§ 77e(a), (c) & 77q(a)] and Section

---

[1] The remaining defendant, Daniel Lacher, has not responded to the complaint. The Commission anticipates seeking a default judgment.

10(b) of the Securities Exchange Act of 1934 [15 U.S.C. § 78j(b)] and Rules 10b-5(a) and (c) thereunder [17 C.F.R. § 240.10b-5(a), (c)].

    2.    a penny stock bar, which restrains and enjoins each from participating in any offering of a penny stock pursuant to Section 20(g) of the Securities Act [15 U.S.C. § 77t(g)] and 21(d) of the Exchange Act [15 U.S.C. § 78u(d)];

The proposed judgments incorporate the attached consents, which includes various cooperative undertakings by Tobin, Patel, and Ledvina.

There is no just reason for delay in entering final judgment against Tobin, Patel, and Ledvina, and the proposed judgments would resolve all of the claims against them. Three defendants—Brian Quinn, David Skriloff, and Daniel Lacher—will remain in the case.

Respectfully submitted:

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

/s/ David M. Scheffler
David M. Scheffler (Mass. Bar. No. 670324)
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8810
schefflerd@sec.gov

Dated: April 15, 2021

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for Plaintiff Securities and Exchange Commission hereby certifies that the undersigned conferred in good faith with counsel for the defendants regarding the issues raised in this motion pursuant to Local Rule 7.1(a)(2). Counsel for defendants Tobin, Patel, Ledvina, Quinn, and Skriloff assent to the motion.

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF or to defense counsel by email if counsel has appeared.

                                          /s/ David M. Scheffler
                                          David M. Scheffler