UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　Plaintiff,<br>v.<br>MORRIE TOBIN, MILAN PATEL, MATTHEW LEDVINA, DANIEL LACHER, BRIAN QUINN, AND DAVID SKRILOFF,<br>　　　　　　　　Defendants | Civil Action No. 18-cv-12451-NMG |

## ASSENTED-TO MOTION TO ENTER FINAL JUDGMENTS

Plaintiff Securities and Exchange Commission (the "Commission") and defendants Morrie Tobin, Milan Patel, and Matthew Ledvina have agreed to proposed settlement terms in this matter and each has executed a consent to final judgment without admitting or denying the allegations of the amended complaint. Following the process for review and approval of proposed settlement terms by the Commission, the Commission now submits those proposed terms to the Court and respectfully requests entry of final judgments against Tobin, Patel, and Ledvina pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. The executed consents and proposed final judgments are attached hereto as Exhibits A through F, respectively. Counsel for defendants Tobin, Patel, Ledvina, Quinn, and Skrilloff assent to the motion.[1]

The proposed final judgments against Tobin, Patel, and Ledvina each include:

1.　　　a permanent injunction from violating Sections 5(a), 5(c), and 17(a)(1) and (3) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §§ 77e(a), (c) & 77q(a)] and Section

---

[1] The remaining defendant, Daniel Lacher, has not responded to the complaint. The Commission anticipates seeking a default judgment.

*Motion allowed. S/NMGorton, USDJ 04/16/2021*