UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　　Plaintiff,<br>v.<br>MORRIE TOBIN, MILAN PATEL, MATTHEW LEDVINA, DANIEL LACHER, BRIAN QUINN, AND DAVID SKRILOFF,<br>　　　　　　　　　Defendants. | Civil Action No. 18-CV-12451-NMG |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT DANIEL LACHER

Pursuant to Fed. R. Civ. P. 55(b)(2), plaintiff Securities and Exchange Commission ("the Commission") hereby moves for entry of default judgment as to defendant Daniel Lacher ("Lacher"). In support of this motion, the Commission submits the accompanying memorandum of law and a declaration by Trevor Donelan. Also filed herewith is a proposed form of Final Judgment as to Lacher.

WHEREFORE, the Commission respectfully requests that the Court enter the proposed Final Judgment against Lacher.

Dated: March 24, 2022

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

/s/ David M. Scheffler
David M. Scheffler (Mass. Bar. No. 670324)
Kathleen Burdette Shields (Mass Bar No. 637438)
SECURITIES AND EXCHANGE COMMISSION
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110

*Motion allowed. /s/ NMGorton, USDJ 04/21/2022*