UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>  Plaintiff,<br>v.<br>MORRIE TOBIN, MILAN PATEL, MATTHEW LEDVINA, DANIEL LACHER, BRIAN QUINN, AND DAVID SKRILOFF,<br>  Defendants | Civil Action No. 18-cv-12451-NMG |

## ASSENTED-TO MOTION TO ENTER JUDGMENT AGAINST DEFENDANT BRIAN QUINN

Plaintiff Securities and Exchange Commission (the "Commission") and defendant Brian Quinn ("Quinn") have agreed to a proposed bifurcated settlement in this matter which would resolve all non-monetary forms of relief requested by the Commission against Quinn but would defer the resolution of the financial remedies requested by the Commission (disgorgement, prejudgment interest, and civil penalty) to be determined by this Court on a later date by motion of the Commission.

Quinn has executed a consent to judgment. The Commission now submits those proposed terms to the Court and respectfully requests entry of judgment against Quinn. The executed consent and a proposed judgment are attached hereto as Exhibits A and B, respectively. Quinn, through counsel, assents to the motion.

The proposed judgment against Quinn includes:

1. a permanent injunction from violating Sections 5 and 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §§ 77e & 77q(a)] and Section 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5].

2. a penny stock bar, which restrains and enjoins Quinn from participating in any offering of a penny stock pursuant to Section 20(g) of the Securities Act [15 U.S.C. § 77t(g)] and 21(d) of the Exchange Act [15 U.S.C. § 78u(d)];

The proposed judgment incorporates the attached consent, which includes various cooperative undertakings by Quinn.

Respectfully submitted:

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

/s/ David M. Scheffler
David M. Scheffler (Mass. Bar. No. 670324)
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8810
schefflerd@sec.gov

Dated: July 11, 2022

### LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for Plaintiff Securities and Exchange Commission hereby certifies that the undersigned conferred in good faith with counsel for the Quinn regarding the issues raised in this motion pursuant to Local Rule 7.1(a)(2). Counsel for Quinn assents to the motion.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF or to defense counsel by email if counsel has appeared.

    /s/ David M. Scheffler
David M. Scheffler