UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>　　　　　　　　**Plaintiff,**<br><br>　v.<br><br>**MORRIE TOBIN, MILAN PATEL, MATTHEW LEDVINA, DANIEL LACHER, BRIAN QUINN, AND DAVID SKRILOFF,**<br>　　　　　　　　**Defendants** | Civil Action No. 18-cv-12451- NMG |

## STATUS REPORT

Plaintiff Securities and Exchange Commission (the "Commission") hereby provides the Court with the following status report as an update to the status report filed with the Court on May 29, 2024 (Dkt. No. 57):

1.　The Commission and counsel for David Skriloff have engaged in further settlement discussions and the Commission has provided settlement documents to counsel.

2.　The Commission and counsel for Brian Quinn have engaged in settlement discussions concerning the outstanding monetary aspects of a judgment against him. The Commission has provided settlement documents to counsel.

3.　The Commission will file a further status report with the Court no later than June 28, 2024.

Dated: June 7, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

/s/ David M. Scheffler
David M. Scheffler (Mass. Bar No. 670324)
Kathleen Burdette Shields (Mass Bar No. 637438)
SECURITIES AND EXCHANGE COMMISSION
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Phone: (617) 573-8810 (Scheffler direct), (617) 573- 8904 (Shields direct)
Schefflerd@sec.gov; Shieldska@sec.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF or to defense counsel by email if counsel has appeared.

/s/ David M. Scheffler
David M. Scheffler