**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** <br> **Plaintiff,** <br><br> v. <br><br> **MORRIE TOBIN, MILAN PATEL, MATTHEW LEDVINA, DANIEL LACHER, BRIAN QUINN, AND DAVID SKRILOFF,** <br><br> **Defendants** | **Civil Action No. 18-cv-12451- NMG** |

**STATUS REPORT**

Plaintiff Securities and Exchange Commission (the "Commission") hereby provides the Court with the following status report as an update to the status reports filed with the Court on May 29, 2024 (Dkt. No. 57) and June 7, 2024 (Dkt. No. 58):

1. The Commission and David Skriloff have reached an agreement in principle on a partial settlement under which Skriloff has consented to a judgment which orders certain relief while leaving other relief sought by the Commission to be resolved by the Court upon motion of the Commission. The Commission and counsel for Skriloff are discussing a proposed briefing schedule for the Commission's motion and what discovery materials the Commission will provide to Skriloff in connection therewith.

2. The Commission and counsel for Brian Quinn have made progress in settlement discussions concerning the outstanding monetary aspects of a judgment against him and expect to complete those discussions soon. The Commission has provided settlement documents to counsel. If it is necessary for the Court to determine the remaining monetary aspects of a

judgment, the Commission will coordinate a proposed briefing schedule with counsel for both defendants.

3.     The Commission will file a further status report with the Court no later than July 23, 2024.

Dated: June 28, 2024                    Respectfully submitted,

                                        SECURITIES AND EXCHANGE COMMISSION

                                        By its attorneys,

                                        //s/ David M. Scheffler _____
                                        David M. Scheffler (Mass. Bar No. 670324)
                                        Kathleen Burdette Shields (Mass Bar No. 637438)
                                        SECURITIES AND EXCHANGE COMMISSION
                                        Boston Regional Office
                                        33 Arch St., 24th Floor
                                        Boston, MA 02110
                                        Phone: (617) 573-8810 (Scheffler direct), (617) 573- 8904 (Shields direct)
                                        Schefflerd@sec.gov; Shieldska@sec.gov


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF or to defense counsel by email if counsel has appeared.

                    /s/ David M. Scheffler
                    David M. Scheffler