UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MORRIE TOBIN, MILAN PATEL, MATTHEW LEDVINA, DANIEL LACHER, BRIAN QUINN, AND DAVID SKRILOFF,<br>　　　　　　　　　　Defendants | Civil Action No. 18-cv-12451- NMG |

## STATUS REPORT

Plaintiff Securities and Exchange Commission (the "Commission") hereby provides the Court with the following status report as an update to the status reports filed with the Court on May 29, 2024 (Dkt. No. 57), June 7, 2024 (Dkt. No. 58), and June 28, 2024 (Dkt. No. 59):

　　1.　　On July 12, 2024, the Commission and defendant David Skriloff ("Skriloff") filed a joint motion to enter judgment against Skriloff which orders certain relief while leaving other relief sought by the Commission to be resolved by the Court upon motion of the Commission, and a proposed remedies briefing schedule.  Dkt. No. 60.  The Commission requests that the Court enter the proposed judgment filed as Dkt. No. 60-2 and enter the proposed briefing schedule as a Court order.

　　2.　　The Commission and counsel for defendant Brian Quinn ("Quinn") have reached an agreement in principle concerning the outstanding monetary aspects of a proposed judgment against Quinn.  After following the process for review and approval of proposed settlement terms by the Commission, the parties would then submit those proposed terms to the Court and request

the entry of final judgment against Quinn. The Commission anticipates that its internal approval process will take approximately six weeks.

| | |
|---|---|
| Dated: July 23, 2024 | Respectfully submitted,<br><br>SECURITIES AND EXCHANGE COMMISSION<br><br>By its attorneys,<br><br>//s/ David M. Scheffler<br>David M. Scheffler (Mass. Bar No. 670324)<br>Kathleen Burdette Shields (Mass Bar No. 637438)<br>SECURITIES AND EXCHANGE COMMISSION<br>Boston Regional Office<br>33 Arch St., 24th Floor<br>Boston, MA 02110<br>Phone: (617) 573-8810 (Scheffler direct), (617) 573- 8904 (Shields direct)<br>Schefflerd@sec.gov; Shieldska@sec.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF or to defense counsel by email if counsel has appeared.

/s/ David M. Scheffler
David M. Scheffler